# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY BONSACK,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES D. HARTLEY, et al.,<br><br>           Defendants. | Case No.  1:12-cv-01054-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 2) |

Plaintiff Sonny Bonsack ("Plaintiff") is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on June 28, 2012. (ECF No. 1.)  On June 28, 2012, Plaintiff also filed a motion for a preliminary injunction. (ECF No. 2.)

A preliminary injunction is an extraordinary remedy never awarded as of right. Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 9, 129 S.Ct. 365, 376 (2008) (citation and quotation marks omitted). For each form of relief sought in federal court, Plaintiff must establish standing. Summers v. Earth Island Inst., 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009) (citation omitted); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010) (citation omitted).  This requires Plaintiff to show that he is under threat of suffering an injury in fact that is concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable

judicial decision will prevent or redress the injury. Summers, 555 U.S. at 493 (quotation marks and citation omitted); Mayfield, 599 F.3d at 969.

Further, any award of equitable relief is governed by the Prison Litigation Reform Act, which provides in relevant part, "[p]rospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs. The court shall not grant or approve any prospective relief unless the court finds that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right." 18 U.S.C. § 3626(a)(1)(A).

It is unclear to the Court what, if any, relief Plaintiff seeks in his motion. Plaintiff has not shown that he is under threat of suffering an injury in fact that is concrete and particularized. Summers, 555 U.S. at 493.

Accordingly, it is hereby ORDERED that Plaintiff's motion for a preliminary injunction be DENIED.

IT IS SO ORDERED.

Dated:   **May 13, 2013**

UNITED STATES MAGISTRATE JUDGE